IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LAMOUNT GREEN,

        Plaintiff,        CV F 07 0113 LJO WMW PC

  vs.                 FINDING AND RECOMMENDATIONS RE
                         MOTIONS  (DOCS 5,6)

KIMBERLY HALL, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action against Fresno County officials.  Pending before the court are Plaintiff's motions for injunctive relief.

      Concurrent with this recommendation, the Court is recommending dismissal of this action for failure to prosecute.  Further, Plaintiff seeks injunctive relief from individuals who are not named as defendants in this lawsuit.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within ten days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 11, 2008**               /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE