IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAMOUNT GREEN, | |
| Plaintiff, | CV F 07 0113 LJO WMW PC |
| vs. | |
| KIMBERLY HALL, et al., | |
| Defendants. | ORDER RE FINDINGS & RECOMMENDATIONS (#9) |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On March 11, 2008, the magistrate judge filed findings and recommendations recommending dismissal of this action for Plaintiff's failure to keep the court informed of his current address. Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local

1

Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed March 11, 2008, are adopted in full; and

2.  This action is dismissed without prejudice for failure to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   March 26, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE